No. 430. ACHILLI *v.* UNITED STATES. Certiorari, 352 U. S. 1023, to the United States Court of Appeals for the Seventh Circuit; and

No. 834. ACHILLI *v.* UNITED STATES. Certiorari, *ante,* p. 909, to the United States Court of Appeals for the Seventh Circuit. The motion for leave to file brief of L. B. Binion, as *amicus curiae,* is granted. *Jacob Kossman* and *Frederick Bernays Wiener* for movant. Reported below: No. 430, 234 F. 2d 797.

No. 661, Misc. HOWELL *v.* MELLOTT, U. S. DISTRICT JUDGE; and

No. 670, Misc. TISCIO *v.* MARTIN, WARDEN, ET AL. Motions for leave to file petitions for writs of mandamus denied.